# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 23-cr-005 (APM)** |
| | ) | |
| **ERIC CHRISTIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## JOINT PRETRIAL STATEMENT

Pursuant to this Court's Modified Pretrial Scheduling order of June 28, 2023 (ECF No. 52), the United States and Defendant Eric Christie submit the attached pretrial statement. This statement includes: A) a neutral statement of the case; B) elements of each charged offense and federal caselaw as needed; C) witness lists; D) exhibit lists; and E) stipulations.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: _____/s/_____
Carolyn Stewart
Fl. Bar No. FL-0098
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
(813) 659-5178
Carolstewart_esq@protonmail.com

By: _____/s/_____
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee
RAYMOND WOO
AZ Bar No. 023050
Assistant U.S. Attorney, Detailee
U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530
(202) 514-6256 / (602) 514-7736
jason.manning@usdoj.gov
raymond.woo@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Case No. 23-cr-005 (APM)** |
| | ) | |
| **ERIC CHRISTIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NEUTRAL STATEMENT OF THE CASE

The United States alleges that, on January 6, 2021, Defendant Eric Christie knowingly entered and remained in a restricted ground.  The United States alleges that Mr. Christie engaged in disorderly or disruptive conduct in or near a restricted building or ground with the intent to impede or disrupt the orderly conduct of Government business or official functions.  The United States alleges that Mr. Christie's conduct did impede or disrupt the orderly conduct of Government business or official functions.  The United States further alleges that Mr. Christie knowingly carried a deadly and dangerous weapon, to wit: a hammer, during and relation to the offenses.[1]

The Government intends to prove that Mr. Christie committed the charged crimes while on U.S. Capitol Grounds.[2]  The Government does not intend to prove that Mr. Christie entered the U.S. Capitol Building.

---

[1] The defense objects to the complete lack of reference to 18 U.S.C. §Section 1752(a)(1) and (a)(2). Either the grounds were legitimately restricted under Section 1752 and for the purposes of protection of the Vice President or they were not. The operative requirement is that the grounds were restricted for the purposes of Section 1752 protection of the V.P.

[2] Same as above.  The grounds must have been restricted for the purposes of Section 1752. Mr. Christie is charged with the specific federal crime, and not a local D.C. crime.

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ———————————————————— | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Case No. 23-cr-005 (APM)** |
| | ) | |
| **ERIC CHRISTIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ———————————————————— | ) | |

## PROPOSED ELEMENTS OF LAW

The parties are unable to agree on the elements that need to be proven for Count one and for Count one's lesser included.

## COUNT ONE: ENTERING OR REMAINING IN RESTRICTED U.S. CAPITOL GROUNDS WITH A DEADLY OR DANGEROUS WEAPON ((18 U.S.C. §§ 1752(a)(1), (b)(1)(A))[3]

The government proposes the Court use the following elements for Section 1752(a)(1).

Count 1 of the Indictment charges Mr. Christie with knowingly entering or remaining in restricted U.S. Capitol grounds with a deadly or dangerous weapon.

### COUNT ONE ELEMENTS (Government):

In order to find Mr. Christie guilty of this offense, the factfinder must find that the government proved each of the following elements beyond a reasonable doubt:

First, Mr. Christie entered or remained in a restricted building or grounds without lawful authority to do so.

---

[3] 18 U.S.C. § 1752 Restricted building or grounds; 18 U.S.C. § 3056 Powers, authorities, and duties of United States Secret Service; *United States v. Jabr*, 4 F.4th 97, 101 (D.C. Cir. 2021).

Second, Mr. Christie did so knowingly.[4]

Third, Mr. Christie knowingly used or carried a deadly or dangerous weapon during and in relation to the offense.[5]

The Defendant disagrees with the government's proposal because it does not require the government to show that the area was restricted under Section 1752. The Defense proposes the Court use the following elements.

### COUNT ONE ELEMENTS (Defendant):

Count 1 of the Indictment charges Mr. Christie with knowingly entering or remaining in restricted U.S. Capitol grounds **so designated under § 1752**, with a deadly or dangerous weapon.

First, the Defendant entered or remained on restricted grounds **that were  designated as "restricted" under Section 1752 specifically for the protection of the Vice President and any other United States Secret Service (USSS) protectees who were or would be temporarily visiting the U.S. Capitol grounds on January 6, 2021.** [6]

**Second, his entry onto the Section 1752 U.S. Capitol grounds was without lawful authority to do so.**[7]

**Third, Mr. Christie intentionally and knowingly entered Section 1752 restricted U.S. Capitol grounds where USSS protectees were or would be temporarily visiting.**[8]

---

[4] The Defense requests the following language be included: "The Government must prove that the defendant acted with knowledge that his conduct was unlawful." *Bryan v. U.S.*, 524 U.S. at 191-92.

[5] The parties may each submit a memorandum of law by July 25, 2023 on the topic of dangerous weapon according to the Pretrial Order.

[6] The Defense alleges the USCP and its documents use the term "restricted" to mean closed with no relation to 18 USC Section 1752.

[7] The Defense alleges this is an essential element of the alleged crime.

[8] The Defense alleges this is an essential element of the alleged crime.

**Fourth, Mr. Christie knowingly carried a dangerous weapon into Section 1752 grounds and used it with the intent to cause serious bodily injury or threatened to do so.**[9]

Definitions

The term "restricted building or grounds" means any posted, cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting.

The term "person protected by the Secret Service" includes the Vice President and the immediate family of the Vice President.

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident.  In deciding whether Mr. Christie acted knowingly, the factfinder may consider all of the evidence, including what Mr. Christie did, said, **[or perceived]**.[10]

Each Party will submit proposed definitions of "deadly or dangerous weapon" to the Court on July 25 2023.

Lesser-Included Offense (Government)

In order to find Mr. Christie guilty of the lesser offense of Count 1, that is, entering or remaining in a restricted building or grounds, the factfinder must find the following elements beyond a reasonable doubt:

First, Mr. Christie entered or remained in a restricted building or grounds without lawful authority to do so.

---

[9]  The Defense contends this is not a strict liability crime.

[10]  The Defense disagrees with this language. Only Mr. Christie can say what he perceived. The government cannot create what it imagines he perceived.

Second, Mr. Christie did so knowingly.

<u>Lesser-Included Offense (Defendant)</u>

The defense diagrees because the government omits essential elements: the area had to be restricted for the purposes of Section 1752 protection, Mr. Christie's entry had to be without lawful authority; and he must have intentionally and knowingly entered Section 1752 restricted U.S. Capitol grounds where USSS protectees were or would be temporarily visiting.

**COUNT TWO:  Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (18 U.S.C. § 1752(a)(2), (b)(1)(A))[11]**

The parties are unable to agree on the elements that need to be proven for Count one and for Count one's lesser included.

Count Two of the Indictment charges Mr. Christie with disorderly or disruptive conduct in a restricted building or grounds with a deadly or dangerous weapon.

<u>**COUNT TWO ELEMENTS (Government)**</u>

In order to find Mr. Christie guilty of this offense, the factfinder must find that the government proved each of the following elements beyond a reasonable doubt:

First, Mr. Christie engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.[12]

Second, Mr. Christie did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

Third, Mr. Christie's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

---

[11] 18 U.S.C. § 1752.
[12] The Defense disagrees for the same reasons as in Count One. The area must be restricted under Section 1752.

Fourth, that Mr. Christie knowingly used or carried a deadly or dangerous weapon during and in relation to the offense.[13] [14]

<u>Definitions</u>

"Disorderly conduct" occurs when a person acts in such a manner as to cause another person to be in reasonable fear that a person or property in a person's immediate possession is likely to be harmd or taken, uses words likely to produce violence on the part of others, is unreasonably loud and disruptive under the circumstances, or interferes with another person by jostling against or unnecessarily crowding that person.[15]

"Disruptive conduct" is a disturbance that interrupts an event, activity, or the normal course of a process.[16]

The terms "restricted building or grounds," and "knowingly" have the same meanings described in the instructions for Count 1.

<u>Lesser-Included Offense (Government)</u>

In order to find Mr. Christie guilty of the lesser offense of Count Two, that is, disorderly or disruptive conduct in a restricted building or grounds, the factfinder must find the following elements beyond a reasonable doubt:

---

[13] *United States v. Jensen*, No. 21-cr-6 (TJK) (ECF No. 97 at 37); *United States v. Schwartz, et al.*, No. 21-cr-178 (APM) (ECF No. 172 at 25); *United States v. Barnett*, 21-cr-38 (CRC) (ECF No. 158 at 22); *United States v. Robertson*, 21-cr-34 (CRC) (ECF No. 86 at 22); *United States v. Kelly*, 21-cr-708 (RCL) (ECH No. 101 at 16).

[14] The Defense adds that this sentence should include "to cause or with the intent to cause serious bodily injury during and in relation to the offense." The Defendant contends this is not a strict liability crime.

[15] *United States v. Schwartz, et al.*, No. 21-cr-178 (APM) (ECF No. 172 at 27).

[16] The Defense disagrees and requests Redbook Instruction 6.643 definition be added, which is "conduct was more disruptive than that of tourists or others routinely permitted on the United States Capitol grounds." Protests are allowed.

First, Mr. Christie engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.[17]

Second, Mr. Christie did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

Third, Mr. Christie's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

The Defense believes that a fourth element must be added since there is no definition in the statute for Disorderly or disruptive. The Red Book defines this as The defendant's conduct was more disruptive than that of tourists or others routinely permitted on the United States Capitol grounds.[18]

---

[17] For the same reasons previously stated, the Defense insists these must be grounds restricted for the purposes of Section 1752, and not "any grounds."

[18] Redbook, Instruction 6.643 UNLAWFUL CONDUCT ON CAPITOL GROUNDS. Protests are allowed in many areas of the capitol grounds and there was be a control group.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )     **Case No. 23-cr-005 (APM)** |
| | ) |
| **ERIC CHRISTIE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## WITNESS LISTS

The Parties respectfully submit that some or all of the following individuals may be called

to testify at the bench trial:

**Government Witness List**
United States Capitol Police (USCP) Officer Marc Carrion
USCP Officer Morgan Wischstadt
USCP David Van Benschoten
USCP Overview Witness (To Be Named)

United States Secret Service Overview Witness (To be Named)

Federal Bureau of Investigation (FBI) Agent Kyle Hicks
FBI Agent Matt Tarducci[19]
FBI Agent/Digital Forensic Examiner Ira Bartel*[20]
FBI Agent/Digital Forensic Exminer Steven M. Lopacinski*

---

[19] Based on the parties' recent agreement to stipulate to Mr. Christie's identity, and the fact that Mr. Christie wore and carried certain items on January 6, 2021, the Government expects it will not have to call this witness in its case-in-chief.

[20] * Indicates a forensic examiner witness that would only be offered for authencity or chain of custody testimony. To streamline the trial and obviate the need for these witnesses' testimony, the Government intends to offer certifications pursuant to Federal Rule of Evidence 902(14) from both of these examiners. These certificates, the Government submits, are sufficient to authenticate the proposed trial exhibits that contain information extracted from digital devices by the FBI. The Government produced the certificates to defense counsel on June 26, 2023, and defense counsel has stated that it will not object to the authenticity of the exhibits extracted from digital devices, while reserving all rights to object to admissibility on the other grounds.

**<u>Defense Witness List</u>**
Eric Christie
J. Lawrence Cunningham (Expert, retired USSS)
USCP Officer Anthony Warner
Steven Hill (summary witness, retired security officer and researcher on January 6 east side)
(former) USCP Officer Tarik Johnson
(former FBI JTTF and SWAT) - awaiting confirmation of availability

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No. 23-cr-005 (APM)** |
| ) | |
| **ERIC CHRISTIE,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>GOVERNMENT EXHIBIT LIST</u>

| PHYSICAL EVIDENCE | | | |
|---|---|---|---|
| <u>No.</u> | <span style="font-variant:small-caps">Description</span> | <span style="font-variant:small-caps">Notes</span> | <span style="font-variant:small-caps">Admitted</span> |
| 1 | Seized hammer | | |
| 2 | Seized megaphone | | |
| **100 SERIES – MAPS** | | | |
| <u>No.</u> | <span style="font-variant:small-caps">Description</span> | <span style="font-variant:small-caps">Notes</span> | <span style="font-variant:small-caps">Admitted</span> |
| 101 | Capitol Complex – Bird's Eye View | | |
| 102 | January 6, 2021 - Restricted perimeter | | |

| 200 SERIES – THIRD PARTY PHOTOGRAPHS, DOCUMENTS, AND COMMUNICATIONS | | | |
|---|---|---|---|
| No. | Description | Notes | Admitted |
| 201 | Email attaching US Secret Service Head of State Notification for VP Pence, 1/5/2021 | | |
| 202 | US Secret Service Head of State Notification for VP Pence, 1/5/2021 | | |
| 203 | US Secret Service Prohibited Items Notice, 1/6/21 | | |
| 204 | Secret Service Radio Communication - 2021-01-06 - 14h-14m-42s | | |
| 205 | Secret Service Radio Communication - 2021-01-06 - 14h-20m-19s | | |
| 206 | Secret Service Radio Communication - 2021-01-06 - 14h-21m-49s | | |
| 207 | Kinecta Federal Credit Union, New Hire Information Sheet (Eric Christie) [redacted] | | |
| 208 | Kinecta Federal Credit Union, letter to Eric Christie, 9/28/2017 | | |
| 209 | Kinecta Federal Credit Union, Declaration of Custodian of Records | | |

| 210 | United Airlines travel records | | |
|-----|--------------------------------|---|---|
| 211 | United Airlines, Inc., Declaration of Custodian of Records | | |
| 212 | Apple Inc. Custodian of Records Certification re: G.B. icloud production | | |
| 213 | Gina Bisignano iCloud Cellebrite report: pages 1-2 | | |
| 214 | Gina Bisignano iCloud Cellebrite report: contact card showing Eric Christie | | |
| 215 | Message exchange between Gina Bisignano and Eric Christie (12/01/2020) | | |
| 216 | Message exchange between Gina Bisignano and Eric Christie (01/06/2021) | | |
| 217 | Second Message exchange between Gina Bisignano and Eric Christie (01/06/2021) | | |
| 218 | Message exchange between Gina Bisignano and Eric Christie (01/14/2021) | | |
| 219 | Twitter Post 1, redacted (02/23/21) | | |
| 220 | Twitter Post 2, redacted (02/23/21) | | |

| | | | |
|---|---|---|---|
| 221 | Text message from Christie to group chat including Gina Bisignano and others (12/01/20) ("The Democrats attacked the United States of America on November 3rd, 2020.") | | |
| 222 | Text message from Christie to group chat including Gina Bisignano and others (01/06/21) ("… we literally broke into the capital do you think we are going to have a curfew tonight? Not going to happen.") | | |
| 223 | Certificate of Steven Lopacinski pursuant to FRE 902(14) | | |
| 224 | Certificate of Ira Bartel pursuant to FRE 902(14) | | |
| **300 SERIES – MEDIA AND COMMUNICATIONS SEIZED FROM CHRISTIE'S CELLULAR PHONSE** | | | |
| No. | Description | Notes | Admitted |
| 301 | Message exchange with Bro ("There are harmful people out there who need a beat down.") (2/21/20) | | |
| 302 | Message to Robin OC ("All J6'ers inspired the world to resist") (3/5/22) | | |
| 303 | Message exchange with Bro ("…if I could get there in time I would bring a bat and some bear spray and clock his ass…") (3/14/19) | | |

| 304 | Message to Bro ("Time to fight.") (5/19/20) | | |
|---|---|---|---|
| 305 | Message exchange with Bro ("What was the hammer for?" … "Protection…") (7/24/21) | | |
| 306 | Message to Bro ("… The Democrats brought us fascism and communism and they're through with us.") (9/21/20) | | |
| 307 | Message to Bro ("California and the United States are being destroyed by the Democrats.") (9/29/20) | | |
| 308 | Message to Megan ("Voting for a Democrat is voting for communist China to take total control of the US.") (9/28/20) | | |
| 309 | Message to Bro ("Hang Obama, hang Biden, justice for SEAL team 6.") (10/22/20) | | |
| 310 | Message to Bro ("Trump 2020 is our only hope!") (10/28/20) | | |
| 311 | Message to Megan ("They're [ ] with us though they're shutting off machines in strong Trump counties.") (11/3/20) | | |
| 312 | Message exchange with Robin OC (12/21/22) ("When [Congress] refused to investigate election fraud and certified the election they [ ] themselves for life.") | | |

| 313 | Christie photograph on top of police vehicle (1/6/21) | | |
| 314 | Christie photograph on top of police vehicle (1/6/21) | | |
| 315 | Christie photograph on East front (1/6/21) | | |
| 316 | Christie photograph of sign on Christie's front door | | |
| **400 SERIES – US CAPITOL CLOSED CIRCUIT VIDEO 21** | | | |
| No. | Description | Notes | Admitted |
| 401 | CCV East Dome (1:45 pm – 2:15 pm) | | |
| 401.01 | CCV East Dome (1:45 pm – 2:00 pm) (with spotlighting) | | |
| 402 | CCV East Front (1:45pm – 2:15 pm) | | |
| 402.01 | Time lapse video, CCV East Front (~1:56pm – ~2:11 pm) | | |
| 403 | CCV East Front (2:15pm – 2:45 pm) | | |
| 404 | CCV East Front (2:45pm – 3:15 pm) | | |

---

21      The Government anticipates additional exhibits in this series that will be still images created from some of these videos.

| 405 | CCV East Front (3:15pm – 3:45 pm) | | |
| 406 | CCV East Front (3:45pm – 3:15 pm) | | |
| 407 | CCV East Front (1:58pm – 1:59pm) | | |
| 408 | CCV VP Pence Departing Senate Members Staircase (2:25pm – 2:26pm) | | |
| **500 SERIES – THIRD PARTY VIDEO AND SCREENSHOTS OF SAME 22** | | | |
| NO. | DESCRIPTION | NOTES | ADMITTED |
| 501 | A Very Exciting Hour video | | |
| 501.01 | 501 clip 1 (00:00 - 00:58) | | |
| 501.02 | 501 clip 2 (01:47 - 01:58) | | |
| 501A | 501 – screenshot A | | |
| 502 | Battle of the Barriers video | | |
| 502A | 502 – screenshot A | | |
| 502B | 502 – screenshot B | | |

---

22    The Government anticipates additional exhibits in this series that will be still images created from some of these videos.

| | | | |
|---|---|---|---|
| 502C | 502 – screenshot C | | |
| 503 | Patriots Storm US Capitol video | | |
| 503.01 | 503 clip 1 (00:00 - 00:56) | | |
| 503A | 503 – screenshot A | | |
| 503B | 503 – screenshot B | | |
| 503C | 503 – screenshot C | | |
| 504 | Reel the Capitol Siege video | | |
| 504A | 504 – screenshot A | | |
| 505 | Archive video 2 | | |
| 505A | 505 – screenshot A | | |
| 505B | 505 – screenshot B | | |
| 505C | 505 – screenshot C | | |
| 505D | 505 – screenshot D | | |
| 506 | Archive video | | |
| 507 | Facebook video | | |

| 507.01 | 507 clip 1 (00:00 - 09:00) | | |
|---|---|---|---|
| 507.02 | 507 clip 2 (14:20 – 16:03) | | |
| 507A | 507 – screenshot A | | |
| 507B | 507 – screenshot B | | |
| 507C | 507 – screenshot C | | |
| 507D | 507 – screenshot D | | |
| 507E | 507 – screenshot E | | |
| 508 | Web Archive Wayback Parler video | | |
| 508A | 508 – screenshot A | | |
| 508B | 508 – screenshot B | | |
| 509 | Youtube on top of Gov Vehicle video | | |
| 509A | 509 – screenshot A | | |
| 509B | 509 – screenshot B | | |
| 509C | 509 – screenshot C | | |
| 509D | 509 – screenshot D | | |

| 510 | YT Police and Patriots Barrier Struggle video | | |
| --- | --- | --- | --- |
| 510A | 510 – screenshot A | | |
| 511 | ProPublica – What Parler Saw, 2:23 pm - video | | |
| 512 | East Rotunda Doors video | | |
| 513 | [Additional video clip to come] | | |
| **600 SERIES – SEARCH WARRANT PHOTOGRAPHS AND RELATED MATERIALS** | | | |
| No. | Description | Notes | Admitted |
| 601 | Front door with sign (DBK_0010) | | |
| 602 | Living room with red MAGA hat on coat rack (DBK_0016) | | |
| 603 | Bedroom photo with firearms on bed (DBK_0044) | | |
| 604 | Driver's license and credit cards (DBK_0102, redacted) | | |
| 605 | Green bandana (DBK_0111) | | |
| 606 | Cellular phone that was seized (DBK_0113) | | |

| 607 | Seized red MAGA hat (DBK_0118) | | |
|---|---|---|---|
| 608 | Megaphone found in closet (DBK_0119) | | |
| 609 | Seized megaphone (DBK_0122) | | |
| 610 | Hammer found in suitcase (DBK_0126) | | |
| 611 | Seized hammer (DBK_0128) | | |
| 612 | Black t-shirt found in closet (DBK_0131) | | |
| 613 | Seized black t-shirt (DBK_0133) | | |
| 614 | FBI business cards (DBK_0137) | | |
| 615 | Second photo showing FBI business cards (DBK_0138) | | |
| 616 | Sunglasses (DBK_0142) | | |
| 617 | Seized sunglasses (DBK_0143) | | |
| 618 | Black jacket (DBK_0145) | | |
| 619 | Seized travel receipts (DBK_0151) | | |

| | | | |
|---|---|---|---|
| 620 | Close-up photo of travel receipts and related materials (DBK_0152) | | |
| 621 | Seized boarding pass (DCA-LAX 09 Jan 2021) (DBK_0153) | | |
| 622 | Close-up photo of firearm (DBK_0172) | | |
| 623 | Second close-up photo of firearm (DBK_0173) | | |
| 624 | Third close-up photo of firearm (DBK_0174) | | |
| 625 | Fourth close-up photo of firearm (DBK_0180) | | |
| 626 | Search and seizure warrant (DBK_0210) (photograph from Christie residence)) | | |
| 627 | Search inventory [redacted] | | |
| 628 | Search and seizure warrant (as issued by the District Court for the District of Columbia) | | |
| 629 | Photograph used by FBI search team | | |
| 630 | Photo of condominium building (search premises) (DBK_0003) | | |

| 631 | Additional photograph taken during search of FBI premises | | |

| **700 SERIES – STIPULATIONS** | | | |
| --- | --- | --- | --- |
| No. | Description | Notes | Admitted |
| 701 | Stipulation re: Identity | | |

| **800 SERIES – DEMONSTRATIVES AND SUMMARY CHARTS** [23] | | | |
| --- | --- | --- | --- |
| No. | Description | Notes | Admitted |
| | [to come] | | |

| **900 SERIES – DEFENDANT INTERVIEWS AND OTHER EXHIBITS** | | | |
| --- | --- | --- | --- |
| No. | Description | Notes | Admitted |
| 901 | CHP video (12/16/22) | | |
| 902 | Christie interview by phone with Adam King (3/20/23) | | |
| 903 | Christie Interview, "A Right to Know" | | |
| 904 | Clip of Christie YouTube advertisement video | | |

[23] The Government anticipates creating a few summary charts reflecting chronologies of certain occurrences established through other exhibits listed here, including the videos in the 400 Series and 500 Series.

| 905 | Christie telephone call (3/10/23) | | |
|---|---|---|---|

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No. 23-cr-005 (APM)** |
| ) | |
| **ERIC CHRISTIE,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S DRAFT EXHIBIT LIST**

**D100 series - documents**

**D101** MPD First Amendment Demonstrations Plan updated Jan 3, 2021
CAPD_000001171 et seq to CAPD_000001266

**D102** USCP-011-12360086  USCP CDU Operational Plan for Sunday, January 3, 2021
through Saturday, January 9, 2021   (dated December 28, 2020)

**D103** US Capitol Press release Sep 3, 2020 - Access to West Front of U.S.
Capitol Restricted for Inauguration Platform Construction
https://www.uscp.gov/media-center/press-releases/access-west-front-us-capitol-
restricted-inauguration-platform

**D104** CAPD_0001753 - 0001767 Signed, permitted rallies and protests

**D105** Statement of Steven Sund, Chief of Police, Regarding the Events of January 6,
2021, dated Jan 7, 2021 Press release https://www.uscp.gov/media-center/press-
releases/statement-steven-sund-chief-police

**D106** Chief Sund Deposition Jan 6 Select Committee, April 20, 2022

**D107** 9-65.000 with 9-65.400 DOJ Protection and Section 1752
https://www.justice.gov/jm/jm-9-65000-protection-government-officials#9-
65.400

**D108** DOJ - (as of Jan 2020) 1548. DESIGNATION OF PROTECTED PREMISES --
18 U.S.C. 1752  https://www.justice.gov/archives/jm/criminal-resource-manual-
1548-designation-protected-premises-18-usc-1752

**D109** Department of Defense DIRECTIVE NUMBER 3025.13, change as of Oct 2017;
SUBJECT: Employment of DoD Capabilities in Support of the U.S. Secret
Service (USSS), Department of Homeland Security (DHS)

**D110** USCP Statutes 2 USC Sections 1900 et seq. (as needed)

**D111** 18 U.S. Code § 3056 - Powers, authorities, and duties of United States Secret
Service

**D112** USCP IG Report on January 6, 2021 Events at the US Capitol, March 2021

**D113** STATEMENT OF INSPECTOR GENERAL MICHAEL A. BOLTON

UNITED STATES CAPITOL POLICE OFFICE OF INSPECTOR GENERAL
Committee on enate Rules and Administration, Dec 7, 2021

**D200 series - pictures**
    **D201**   Screen shot USCP press release listing Sep 2020 and Jan 2021
    **D202**   Assorted pictures showing notice on perimeter, lack of notice, no guards

**D300 series - video and audio**
    **D301**   **Montage simulcast will be a 10 min clip (without ads) from this**
**https://rumble.com/v26ypv6-158-pm-january-6-2021.html**
    **D302**   **Officer Warner - Dunfee video permission coming to go to the steps (w/out**
**ads) https://rumble.com/v27algs-january-26-2023.html**
    **D302**   **Audio clip or transcript 2:00 pm police pullback order**
    **D303**  **(East) S. tower CCTV of Plaza 1:45 to 2:05 pm motorcade line up and depart**

**D-400 series - messages**
    **D401**  - with bro - why didn't you go into the Capitol?

**D-500 series - maps**
    **D-501**  United States Capitol Grounds Demonstration Areas Map (USCP Board signed)
    **D-502**  map in Case 1:21-cr-00570-APM Document 39 Filed 08/29/22 Page 4 of 37
    **D503**  See D103

**Defense May Use GOVERNMENT EXHIBITS:**

  **VIDEO**
    401     CCV East Dome (1:45 pm – 2:15 pm)
    401.01 CCV East Dome (1:45 pm – 2:00 pm) (with spotlighting)
    402     CCV East Front (1:45pm – 2:15 pm)
    403     CCV East Front (2:15pm – 2:45 pm)
    501     A Very Exciting Hour video
    502     Battle of the Barriers video
    509     Youtube on top of Gov Vehicle video

  **DOCUMENTS**
    201     Email attaching US Head of State Notification for VP Pence, 1/5/2021
    202     US Secret Service Head of State Notification for VP Pence, 1/5/2021
        203    US Secret Service Prohibited Items Notice, 1/6/21

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
| v. | )   **Case No. 23-cr-005 (APM)** |
|  | ) |
| **ERIC CHRISTIE,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

**STIPULATIONS**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 23-cr-005 (APM)** |
| | : | |
| **ERIC CHRISTIE,** | : | |
| | : | |
| *Defendant.* | : | |

## <u>STIPULATION REGARDING IDENTITY</u>

The United States and Defendant Eric Christie agree and stipulate to the following:

On January 6, 2021, Eric Christie was present on the grounds of the United States Capitol in Washington, D.C. while he was wearing and carrying, among other things, a black t-shirt with white lettering (the "Seized T-Shirt"), a green bandana (the "Seized Bandana"), a red hammer (the "Seized Hammer"), and a white megaphone (the "Seized Megaphone"). On or about December 22, 2022, the Seized T-Shirt, Seized Bandana, Seized Hammer, and Seized Megaphone were seized by agents of the Federal Bureau of Investigation pursuant to a search and seizure warrant executed at 14806 Burbank Boulevard, Apartment 6, Sherman Oaks, California 91411.

Images 1 and 2 below accurately depict Eric Christie (circled in yellow) wearing the Seized T-Shirt and Seized Bandana and carrying the Seized Megaphone on January 6, 2021. Image 2 below also accurately depicts Eric Christie (circled in yellow) carrying the Seized Hammer on January 6, 2021.



*Image 1*



*Image 2*

*Carolyn Stewart*
Carol Stewart, Esq.
Counsel for ERIC CHRISTIE

/s
Raymond Woo
Assistant United States Attorney

Jason Manning
Trial Attorney, U.S. Department of Justice

<u>*Carolyn Stewart*</u>
For ERIC CHRISTIE